## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Minnesota Lawyers Mutual Insurance Co., | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No: 15 C 50240 |
| | ) | |
| Cynthia Koroll, et al., | ) | |
| | ) | |
| *Defendants.* | ) | Judge Frederick J. Kapala |

## ORDER

Before the court is a report and recommendation ("R&R") [26] from the magistrate judge that this court grant plaintiff's motion for entry of default judgment [20] against defendant Cynthia Koroll for failure to answer and oral motion to dismiss defendant Paul Berger. The record indicates that Berger was never successfully served by plaintiff. However, the record also shows that Koroll was served on October 5, 2015. On January 13, 2016, the clerk entered default against Koroll for failure to answer. In its motion seeking to reduce that entry of default to a judgment, plaintiff seeks a permanent injunction that it has no duty to defend Koroll with respect to a petition for protection against stalking filed against Koroll in the Circuit Court of the 15th Judicial Circuit, Palm Beach County, Florida, Case Number 502015DR007280XXXXXSB. The magistrate judge, after holding a hearing and reviewing the pertinent policy, recommends granting the default judgment as the policy only covers monetary damages from suits arising from professional services, and the case in Florida does not seek monetary damages nor does it arise from professional services. As of this date, Koroll has not filed an answer, otherwise pled, or objected to the magistrate judge's R&R. The court concludes that plaintiff has adequately supported its request for default judgment and the sought injunction. Accordingly, there being no written objection to the magistrate judge's R&R, see 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 149-50 (1985), and the court having reviewed the record and the R&R, the court accepts the R&R and grants plaintiff's motion for entry of default judgment [20] against Koroll and the oral motion to dismiss Berger. Default judgment will enter against Koroll in the form of a permanent injunction. This case is closed.

Date: 2/19/2016                                        ENTER:

_____
FREDERICK J. KAPALA

District Judge